UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60615-CIV-HUCK/O'SULLIVAN

SCOTT CLAUSSEN,
    Plaintiff,

v.

LAW OFFICES OF ANDREU, PALMA &
PALMA, P.L., a Florida limited liability company,
and CAVALRY PORTFOLIO SERVICES, L.L.C.,
a foreign limited liability company,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants' Verified Motion for Attorney's Fees (DE # 23, 8/31/09). The Honorable Paul Huck, United States District Court Judge for the Southern District of Florida, referred this matter to the undersigned pursuant to 28 U.S.C. § 636. Having carefully reviewed the parties' filings and applicable law, and the defendants having filed the Defendants' Notice of Withdrawal of Verified Motion for Attorney's Fees and Incorporated Memorandum of Law (DE # 27, 12/15/09), it is

ORDERED AND ADJUDGED that the Defendants' Verified Motion for Attorney's Fees (DE # 23, 8/31/09) is DENIED as moot.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 15th day of December, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record